SO ORDERED.

Dated: February 11, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-31920/0043927045

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-30224-RTB |
| John Robert Bonar, Jr. | Chapter 7 |
| Debtor. | ORDER |
| Wells Fargo Bank, N.A. | (Related to Docket #10) |
| Movant, vs. | |
| John Robert Bonar, Jr., Debtor, Jill H. Ford, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated May 13, 2004 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and John Robert Bonar, Jr. has an interest in, further described as:

> Lot 13, 747 East Bethany Home Road Condominium according to the Plat of Record in the Office of the Maricopa County Recorder in Book 155 of Maps, Page 28. TOGETHER with appurtenant patio; parking spaces and garages and 1/38th undivided interest in and to the common elements; all set forth in Declaration of Horizontal Property Regime, recorded November 1, 1972 in Docket 9794, Page 750; and a Plat of said Condominium recorded November 1, 1972 in Book 155 of Maps, Page 28.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT